**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00524-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LORENZO ANTONIO BROWN-BRIONES,

    Defendant.

**MINUTE ORDER**[1]

    Due to a conflict arising on the court's calendar, the change of plea set for April 2, 2010, at 11:00 a.m., is **VACATED** at 11:00 a.m., and is continued to **3:30 p.m.** on April 2, 2010. The U.S. Marshal shall assist in securing the defendant's appearance at the change of plea hearing.

    Dated: February 5, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.